**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


IN RE:                                    :        CHAPTER  7

**CHARLES STEWART COHEN AND OFELIA COHEN**

DEBTOR                          :        BKY. NO.  18-12705AMC7

O R D E R


AND NOW, this  1st   day of  May  ,  2018   upon consideration of Debtor's Application for an Extension of Time to file Chapter 7 matrix and list of creditors.

It is Ordered that the Motion is Granted. Debtor has until **5/07/2018** to file the necessary matrix and list of creditors in the above captioned matter.


By the Court:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge


cc:    Cibik & Cataldo, P.C
       1500 Walnut Street
       Suite 900
       Philadelphia, PA 19102

       Gary Seitz, Trustee
       Gellert Scali Busenkell & Brown LLC
       The Curtis Center, Suite 280 South
       601 Walnut Street
       Philadelphia PA  19106