**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Charles Stewart Cohen<br>         Ofelia Cohen<br><br>                    Debtors | CHAPTER 7<br><br>BKY. NO. 18-12705 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rushmore Loan Management Services as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust and index same on the master mailing list.

                           Respectfully submitted,

                           **/s/ Rebecca A. Solarz, Esquire**
                           Rebecca A. Solarz, Esquire
                           KML Law Group, P.C.
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106-1532
                           (215) 627-1322 FAX (215) 627-7734