United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-12705-amc
Charles Stewart Cohen                                               Chapter 7
Ofelia Cohen
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi             Page 1 of 1            Date Rcvd: May 01, 2018
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2018.
db            +Charles Stewart Cohen,    333 Rosemary Lane,    Narberth, PA 19072-1119
jdb           +Ofelia Cohen,    246 Stoneway Lane,    Merion Station, PA 19066-1820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2018                                   Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2018 at the address(es) listed below:
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Charles Stewart Cohen ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Ofelia  Cohen ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 7

**CHARLES STEWART COHEN AND OFELIA COHEN**

DEBTOR : BKY. NO. 18-12705AMC7

O R D E R

AND NOW, this 1st day of May, 2018 upon consideration of Debtor's Application for an Extension of Time to file Chapter 7 matrix and list of creditors.

It is Ordered that the Motion is Granted. Debtor has until **5/07/2018** to file the necessary matrix and list of creditors in the above captioned matter.

By the Court:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge

cc: Cibik & Cataldo, P.C
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Gary Seitz, Trustee
Gellert Scali Busenkell & Brown LLC
The Curtis Center, Suite 280 South
601 Walnut Street
Philadelphia PA 19106