**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| CHARLES STEWART COHEN | | |
| OFELIA COHEN | | |
| DEBTOR | : | BKY. NO. 18-12705AMC7 |

O R D E R

AND NOW, this            day of                     , 2018 upon consideration of Debtor's Application for an additional Extension of Time to file Chapter 7 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **5/29/2018** to file the necessary Schedules and Statement of Financial Affairs and Means Test in the above captioned matter.

By the Court:

**Date: May 23, 2018**

Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge

cc:    Michael A. Cibik, Esquire
Cibik & Cataldo, P.C
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Gary Seitz, Trustee
Gellert Scali Busenkell & Brown LLC
The Curtis Center, Suite 280 South
601 Walnut Street
Philadelphia PA  19106