```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE                                          :Chapter 7
**Charles Stewart Cohen**
**Ofelia Cohen**

   (DEBTOR)                                :Bankruptcy#18-12705AMC7

<u>PRAECIPE</u>

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

    Kindly withdraw the list of creditors mentioned below on the creditors matrix.

Amex
Correspondence
PO Box 981540
El Paso, TX 79998

Comcast Cable
P.O. Box 3006
Southeastern, PA 19398

DATED: May 25, 2018       _____/s/_____
                          Michael A. Cataldo, Esquire
                          Cibik and Cataldo, P.C.
                          1500 Walnut Street, Suite 900
                          Philadelphia, PA 19102
                          (215) 735-1060