United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12705-amc
Charles Stewart Cohen                                                   Chapter 7
Ofelia Cohen
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: Randi            Page 1 of 1          Date Rcvd: May 23, 2018
                           Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2018.
db       +Charles Stewart Cohen,   333 Rosemary Lane,   Narberth, PA 19072-1119
jdb      +Ofelia Cohen,   246 Stoneway Lane,   Merion Station, PA 19066-1820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2018 at the address(es) listed below:
    GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
    MICHAEL A. CIBIK2    on behalf of Debtor Charles Stewart Cohen ecf@ccpclaw.com, igotnotices@ccpclaw.com
    MICHAEL A. CIBIK2    on behalf of Joint Debtor Ofelia  Cohen ecf@ccpclaw.com, igotnotices@ccpclaw.com
    REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a  Christiana Trust, not individually but as Trustee, ET AL. bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                                                           TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| CHARLES STEWART COHEN | | |
| OFELIA COHEN | | |
| | | |
| DEBTOR | : | BKY. NO. 18-12705AMC7 |

O R D E R

AND NOW, this         day of              , 2018 upon consideration of Debtor's Application for an additional Extension of Time to file Chapter 7 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **5/29/2018** to file the necessary Schedules and Statement of Financial Affairs and Means Test in the above captioned matter.

**Date: May 23, 2018**

By the Court:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge

cc:    Michael A. Cibik, Esquire
       Cibik & Cataldo, P.C
       1500 Walnut Street
       Suite 900
       Philadelphia, PA 19102

       Gary Seitz, Trustee
       Gellert Scali Busenkell & Brown LLC
       The Curtis Center, Suite 280 South
       601 Walnut Street
       Philadelphia PA  19106