**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| | ) **Chapter 7** |
| **CHARLES S. COHEN and** | ) |
| **OFELIA COHEN,** | ) **Case No. 18-12705-AMC** |
| | ) |
| **Debtors.** | ) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned counsel for the Trustee hereby appears and requests that an entry be made on the Matrix, if any, in this case, and that all notices given or required to be given in this case, and that all papers served or required to be served, in this case, be given to and served on counsel for Trustee. Counsel's address and details are as follows:

Holly S. Miller, Esquire
GELLERT SCALI BUSENKELL & BROWN, LLC
601 Walnut Street, Suite 750 West
The Curtis Center
Philadelphia, PA 19106
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
hsmiller@gsbblaw.com

Dated: 6/6/2018              GELLERT SCALI BUSENKELL & BROWN, LLC

By:    */s/ Holly S. Miller*
Gary F. Seitz, Esquire
Holly S. Miller, Esquire
601 Walnut Street, Suite 750 West
The Curtis Center
Philadelphia, PA 19106
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
Email: gseitz@gsbblaw.com
       hsmiller@gsbblaw.com
Counsel to the Chapter 7 Trustee