United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-12705-amc
Charles Stewart Cohen                                               Chapter 7
Ofelia Cohen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 2              Date Rcvd: Jun 06, 2018
                            Form ID: 139             Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
```
db         +Charles Stewart Cohen,    333 Rosemary Lane,    Narberth, PA 19072-1119
jdb        +Ofelia Cohen,    246 Stoneway Lane,    Merion Station, PA 19066-1820
14112695   +Capital One,    PO Box 21887,    Eagan, MN 55121-0887
14103433   +Citicards,    Citicorp Credit Services/Attn: Centraliz,    PO Box 790040,
             Saint Louis, MO 63179-0040
14103434   +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14103440   +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
14103441   +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14112698   +Har Zion Temple,    1500 Hagy's Ford Road,    Penn Valley, PA 19072-1195
14103442   +Herbert Yentis, Inc.,    7300 City Avenue,    Philadelphia, PA 19151-2218
14103445   +JH2 Properties, LLC,    112 Birch Avenue,    Bala Cynwyd, PA 19004-3011
14112699   +Merchants & Medical Credit Corp, Inc.,    6324 Taylor Dr,    Flint, MI 48507-4685
14103450   +Milstead and Associates,    1 East Stow Road,    Marlton, NJ 08053-3118
14103451    PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
             Harrisburg, PA 17120-0946
14103453   +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14103455   +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14103456   +Robert Davis,    2000 South Orange Avenue,    Suite 2600,    Orlando, FL 32806-3036
14103457   +Rushmore Lms,    Attn: Bankruptcy,    PO Box 55004,    Irvine, CA 92619-5004
14103458   +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
             Chicago, IL 60661-3631
14112701   +United Healthcare,    Dept CH10151,    Palatine, IL 60055-0001
14112700    United Healthcare Service LLC,    Greensboro Service Center,    PO Box 740800,
             Atlanta GA 30374-0800
14101229   +WSFS FSB,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
             701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14112702   +Yellow Pages United,    PO Box 50038,    Jacksonville, FL 32240-0038
14103459   +Yentis, Inc.,    7300 City Avenue,    Philadelphia, PA 19151-2286

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Jun 07 2018 02:17:28      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 07 2018 02:17:17      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr         +EDI: AISACG.COM Jun 07 2018 12:13:00      BMW Financial Services NA, LLC, c/o AIS Portfolio,
             4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14103428    E-mail/Text: ebn@americollect.com Jun 07 2018 02:17:10      Americollect INC,    PO BOX 1566,
             Manitowoc WI 54221-1566
14112694   +EDI: AMEREXPR.COM Jun 07 2018 12:13:00      American Express,    P.O. Box 981535,
             El Paso, TX 79998-1535
14103427   +EDI: AMEREXPR.COM Jun 07 2018 12:13:00      American Express,    P.O. Box 1270,
             Newark, NJ 07101-1270
14103430    EDI: BMW.COM Jun 07 2018 12:14:00      BMW Financial Services,    Attn: Bankruptcy Department,
             PO Box 3608,    Dublin, OH 43016
14097791   +EDI: AISACG.COM Jun 07 2018 12:13:00      BMW Financial Services NA, LLC,
             AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14110230   +EDI: AISACG.COM Jun 07 2018 12:13:00      BMW Financial Services NA, LLC,
             4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14103435    E-mail/Text: megan.harper@phila.gov Jun 07 2018 02:17:28      City Of Philadelphia,
             Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14103436    E-mail/Text: megan.harper@phila.gov Jun 07 2018 02:17:28      City of Philadelphia,
             Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14112696   +E-mail/Text: bankruptcy@cavps.com Jun 07 2018 02:17:16      Cavalry SPV, I, LLC,
             500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-1340
14103431   +EDI: CHASE.COM Jun 07 2018 12:13:00      Chase Card Services,    Correspondence Dept,
             PO Box 15298,    Wilmington, DE 19850-5298
14103432   +E-mail/Text: ecf@ccpclaw.com Jun 07 2018 02:16:41      Cibik and Cataldo, P.C.,
             1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
14103437   +E-mail/Text: bankruptcy@philapark.org Jun 07 2018 02:17:42      City of Philadelphia,
             Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
14112697    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 07 2018 02:17:00
             Commonwealth of PA-Dept. of Revenue,    Bureau of Individual Taxes,    Dept. 280601,
             Inheritance Tax Division,    Harrisburg, PA 17128-0001
14103439   +EDI: DISCOVER.COM Jun 07 2018 12:13:00      Discover Financial,    PO Box 3025,
             New Albany, OH 43054-3025
14103444    EDI: IRS.COM Jun 07 2018 12:15:00      I.R.S.,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14110538    EDI: BL-BECKET.COM Jun 07 2018 12:24:00      Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,
             Malvern PA 19355-0701
14103446   +EDI: CBSKOHLS.COM Jun 07 2018 12:12:00      Kohls/Capital One,    Kohls Credit,    PO Box 3120,
             Milwaukee, WI 53201-3120
14103448   +EDI: CHASE.COM Jun 07 2018 12:13:00      Marriot Rewards,    PO Box 15123,
             Wilmington, DE 19850-5123
```

```
District/off: 0313-2          User: Randi                 Page 2 of 2                  Date Rcvd: Jun 06, 2018
                              Form ID: 139                Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14103449       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Jun 07 2018 02:17:07      Marriott Ownership,
                 1200 Bartow Rd. Suite 14,   Lakeland, FL 33801-5901
14103452        E-mail/Text: bankruptcygroup@peco-energy.com Jun 07 2018 02:16:47      Peco Energy,
                 2301 Market Street # N 3-1,   Legal Department,    Philadelphia PA 19103-1338
14102521        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 07 2018 02:17:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14103454       +E-mail/Text: bankruptcy@philapark.org Jun 07 2018 02:17:42      Philadelphia Parking Authority,
                 Bankruptcy Department,    701 Market Street,   Philadelphia, PA 19106-2895
                                                                                              TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14103443       Hollywood/Fire/Rescue & Beach Safety Dep
14103447       MAIN LINE GASTROENTEROLOGY Associates
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern, PA  19355-0701
                                                                                   TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;hsmith@gsbblaw.com
              GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Ofelia  Cohen ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Charles Stewart Cohen ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Charles Stewart Cohen ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Ofelia  Cohen ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as Trustee, ET AL. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:  Charles Stewart Cohen and Ofelia Cohen
333 Rosemary Lane
Narberth, PA 19072

Debtor(s)                                                                 Case No: 18−12705−amc

                                                                          Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−9640
xxx−xx−6873

_____

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

*NOTICE IS GIVEN THAT:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 9/7/18

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 6/6/18

                                                                                    28
                                                                                    Form 139