**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 7** |
| **CHARLES S. COHEN and** | ) | |
| **OFELIA COHEN,** | ) | **Case No.  18-12705-AMC** |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF NO RESPONSE

On June 20, 2018, Gary F. Seitz, the Chapter 7 Trustee (the "Trustee") for the above-captioned debtor, filed The Application of the Chapter 7 Trustee to Retain BK Global Real Estate Services and Star Real Estate Group, Inc. as Procure Consented Public Sale (the "Application"). On the same date, the Trustee filed a Notice of Application. Responses to the Application were due on or before June 27, 2018. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Application of the Chapter 7 Trustee to Retain BK Global Real Estate Services and Star Real Estate Group, Inc as Procure Consented Public Sale be entered at the Court's earliest convenience.

Dated:  June 28, 2018

GELLERT SCALI BUSENKELL & BROWN LLC

By:    */s/ Holly S. Miller*
Holly S. Miller (PA ID #203979)
Gary F. Seitz (PA ID #52865)
The Curtis Center
601 Walnut Street, Suite 750W
Philadelphia, PA 19106
Telephone: 215-238-0010
Facsimile: 215-238-0016
gseitz@gsbblaw.com
hsmiller@gsbblaw.com
*Proposed Counsel to the Chapter 7 Trustee*