*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Charles Stewart Cohen and
Ofelia Cohen
      Debtor(s)

Case No: 18–12705–amc

Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Application to Employ BK Global Real Estate Services and Star Real Estate Group, Inc. as Procure Consented Public Sale

    on: 8/11/18

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

Date: 7/2/18

For The Court

Timothy B. McGrath
Clerk of Court

43 – 36
Form 167