United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Charles Stewart Cohen  
Ofelia Cohen  
    Debtors

Case No. 18-12705-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Jul 02, 2018  
                      Form ID: 167    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2018.
```
db             +Charles Stewart Cohen,    333 Rosemary Lane,    Narberth, PA 19072-1119
jdb            +Ofelia Cohen,    246 Stoneway Lane,    Merion Station, PA 19066-1820
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2018 at the address(es) listed below:
```
          GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,  hsmith@gsbblaw.com
          GARY F. SEITZ    gseitz@gsbblaw.com,  gfs@trustesolutions.net;hsmith@gsbblaw.com
          GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
           gfs@trustesolutions.net;hsmith@gsbblaw.com
          HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          MICHAEL A. CATALDO2    on behalf of Joint Debtor Ofelia  Cohen ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2    on behalf of Debtor Charles Stewart Cohen ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Charles Stewart Cohen ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Joint Debtor Ofelia  Cohen ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as Trustee, ET AL. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Charles Stewart Cohen and
Ofelia Cohen
     Debtor(s)

Case No: 18−12705−amc
Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Application to Employ BK Global Real Estate Services and Star Real Estate Group, Inc. as Procure Consented Public Sale

on: 8/11/18

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 7/2/18

Timothy B. McGrath
Clerk of Court

43 − 36
Form 167