# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| CHARLES STEWART COHEN | : | |
| AND  OFELIA COHEN, | : | |
| | : | Case No. 18-12705 (AMC) |
| | : | |
| Debtor. | : | |

## PRAECIPE

**Kindly withdraw** the Acting United States trustee's Objection to Application of Trustee to Retain BK Global Real Estate Service and Real Estate Broker to sell Property, which is set for a hearing on **August 1, 2018 at 11:00 a.m**. with the Court.

Respectfully submitted,

Andrew R. Vara
Acting United States Trustee
Region 3


By:  */s/ Kevin P. Callahan*
Kevin P. Callahan
Trial Attorney
Office of United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107
(215) 597-4411

Dated:  July 11, 2018