# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** ) | **Chapter 7** |
| ) | |
| **CHARLES STEWART COHEN and** ) | **Case No. 18-12705-amc** |
| **OFEILA COHEN** ) | |
| ) | |
| **Debtors** ) | |
| ) | |

## CERTIFICATE OF NO RESPONSE

On June 20, 2018, Gary F. Seitz, the Chapter 7 Trustee (the "Trustee") for the above-captioned debtor, filed The Application of the Chapter 7 Trustee for Authority to Employ BK Global Real Estate Services and Real Estate Broker to Procure Consented Public Sale (the "Application"). On the same date, the Trustee filed a Notice of Application. Responses to the Application were due on or before June 27, 2018. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Application of the Chapter 7 Trustee for the Authority to Employ BK Global Real Estate Services and Real Estate Broker to Procure Consented Public Sale be entered at the Court's earliest convenience.

Dated: 7/24/2018                    GELLERT SCALI BUSENKELL & BROWN, LLC

                                                By:    */s/ Holly S. Miller*
                                                           Holly S. Miller (PA ID #203979)
                                                           Gary F. Seitz (PA ID #52865)
                                                           The Curtis Center
                                                           601 Walnut Street, Suite 750 West
                                                           Philadelphia, PA 19106
                                                           Telephone: (215) 238-0010
                                                           Facsimile: (215) 238-0016
                                                           gseitz@gsbblaw.com

hsmiller@gsbblaw.com
*Proposed Counsel to the Chapter 7 Trustee*