Certificate Number: 16339-PAE-DE-031372439

Bankruptcy Case Number: 18-12705



16339-PAE-DE-031372439

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 24, 2018, at 6:50 o'clock PM EDT, Ofelia Cohen completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 24, 2018

By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor