Certificate Number: 16339-PAE-DE-031372439

Bankruptcy Case Number: 18-12705



16339-PAE-DE-031372439

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 24, 2018</u>, at <u>6:50</u> o'clock <u>PM EDT</u>, <u>Ofelia Cohen</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>July 24, 2018</u>            By:    <u>/s/Kelley Tipton</u>

                                        Name:  <u>Kelley Tipton</u>

                                        Title: <u>Certified Financial Counselor</u>