IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                           :Chapter 7
**Charles Stewart Cohen**
**Ofelia Cohen**

    (DEBTOR)                                   :Bankruptcy#18-12705AMC7

<u>PRAECIPE</u>

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

    Kindly withdraw document #51 and document #53 that was incorrectly filed in the above-referenced case.

DATED: July 25, 2018              _____/s/_____
                                  Michael A. Cataldo, Esquire
                                  Cibik and Cataldo, P.C.
                                  1500 Walnut Street, Suite 900
                                  Philadelphia, PA 19102
                                  (215) 735-1060