United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12705-amc
Charles Stewart Cohen                                                   Chapter 7
Ofelia Cohen
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Aug 10, 2018
                              Form ID: 318             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2018.
```
db         +Charles Stewart Cohen,    333 Rosemary Lane,    Narberth, PA 19072-1119
jdb        +Ofelia Cohen,    246 Stoneway Lane,    Merion Station, PA 19066-1820
14112695   +Capital One,    PO Box 21887,    Eagan, MN 55121-0887
14103433   +Citicards,   Citicorp Credit Services/Attn: Centraliz,    PO Box 790040,
             Saint Louis, MO 63179-0040
14103434   +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14103440   +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
14103441   +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14112698   +Har Zion Temple,    1500 Hagy's Ford Road,    Penn Valley, PA 19072-1195
14103442   +Herbert Yentis, Inc.,    7300 City Avenue,    Philadelphia, PA 19151-2218
14103445   +JH2 Properties, LLC,    112 Birch Avenue,    Bala Cynwyd, PA 19004-3011
14112699   +Merchants & Medical Credit Corp, Inc.,    6324 Taylor Dr,    Flint, MI 48507-4685
14103450   +Milstead and Associates,    1 East Stow Road,    Marlton, NJ 08053-3118
14103451    PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
             Harrisburg, PA 17120-0946
14103453   +PGW,   Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14103455   +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14103456   +Robert Davis,    2000 South Orange Avenue,    Suite 2600,    Orlando, FL 32806-3036
14103457   +Rushmore Lms,    Attn: Bankruptcy,    PO Box 55004,    Irvine, CA 92619-5004
14103458   +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
             Chicago, IL 60661-3631
14112701   +United Healthcare,    Dept CH10151,    Palatine, IL 60055-0001
14112700    United Healthcare Service LLC,    Greensboro Service Center,    PO Box 740800,
             Atlanta GA 30374-0800
14101229   +WSFS FSB,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
             701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14112702   +Yellow Pages United,    PO Box 50038,    Jacksonville, FL 32240-0038
14103459   +Yentis, Inc.,    7300 City Avenue,    Philadelphia, PA 19151-2286

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Aug 11 2018 02:23:07     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 11 2018 02:23:03     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14103428    E-mail/Text: ebn@americollect.com Aug 11 2018 02:22:51     Americollect INC,    PO BOX 1566,
             Manitowoc WI 54221-1566
14112694   +EDI: AMEREXPR.COM Aug 11 2018 06:08:00      American Express,    P.O. Box 981535,
             El Paso, TX 79998-1535
14103427   +EDI: AMEREXPR.COM Aug 11 2018 06:08:00      American Express,    P.O. Box 1270,
             Newark, NJ 07101-1270
14124920    EDI: BECKLEE.COM Aug 11 2018 06:08:00      American Express National Bank,
             c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14103430    EDI: BMW.COM Aug 11 2018 06:08:00      BMW Financial Services,    Attn: Bankruptcy Department,
             PO Box 3608,    Dublin, OH 43016
14097791   +EDI: AISACG.COM Aug 11 2018 06:08:00      BMW Financial Services NA, LLC,
             AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14110230   +EDI: AISACG.COM Aug 11 2018 06:08:00      BMW Financial Services NA, LLC,
             4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14103435    E-mail/Text: megan.harper@phila.gov Aug 11 2018 02:23:06     City Of Philadelphia,
             Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14103436    E-mail/Text: megan.harper@phila.gov Aug 11 2018 02:23:07     City of Philadelphia,
             Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14160741    EDI: BL-BECKET.COM Aug 11 2018 06:08:00      Capital One, N.A.,    c/o Becket and Lee LLP,
             PO Box 3001,    Malvern PA 19355-0701
14112696   +E-mail/Text: bankruptcy@cavps.com Aug 11 2018 02:22:56     Cavalry SPV, I, LLC,
             500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2321
14103431   +EDI: CHASE.COM Aug 11 2018 06:08:00      Chase Card Services,    Correspondence Dept,
             PO Box 15298,    Wilmington, DE 19850-5298
14103432   +E-mail/Text: ecf@ccpclaw.com Aug 11 2018 02:21:49     Cibik and Cataldo, P.C.,
             1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
14103437   +E-mail/Text: bankruptcy@philapark.org Aug 11 2018 02:23:54     City of Philadelphia,
             Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
14112697   +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2018 02:22:03
             Commonwealth of PA-Dept. of Revenue,    Bureau of Individual Taxes,    Dept. 280601,
             Inheritance Tax Division,    Harrisburg, PA 17128-0001
14121921    EDI: DISCOVER.COM Aug 11 2018 06:08:00      Discover Bank,    Discover Products Inc,
             PO Box 3025,    New Albany, OH  43054-3025
14103439   +EDI: DISCOVER.COM Aug 11 2018 06:08:00      Discover Financial,    PO Box 3025,
             New Albany, OH 43054-3025
14103444    EDI: IRS.COM Aug 11 2018 06:08:00      I.R.S.,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14110538    EDI: BL-BECKET.COM Aug 11 2018 06:08:00      Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,
             Malvern PA 19355-0701
```

```
District/off: 0313-2          User: admin                Page 2 of 2                  Date Rcvd: Aug 10, 2018
                              Form ID: 318               Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14103446       +EDI: CBSKOHLS.COM Aug 11 2018 06:08:00      Kohls/Capital One,    Kohls Credit,    PO Box 3120,
                 Milwaukee, WI 53201-3120
14103448       +EDI: CHASE.COM Aug 11 2018 06:08:00      Marriot Rewards,    PO Box 15123,
                 Wilmington, DE 19850-5123
14103449       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Aug 11 2018 02:22:46       Marriott Ownership,
                 1200 Bartow Rd. Suite 14,    Lakeland, FL 33801-5901
14103452        E-mail/Text: bankruptcygroup@peco-energy.com Aug 11 2018 02:21:57       Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
14102521        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2018 02:22:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14103454       +E-mail/Text: bankruptcy@philapark.org Aug 11 2018 02:23:54       Philadelphia Parking Authority,
                 Bankruptcy Department,    701 Market Street,    Philadelphia, PA 19106-2895
14176603       +EDI: AIS.COM Aug 11 2018 06:08:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14103443         Hollywood/Fire/Rescue & Beach Safety Dep
14103447         MAIN LINE GASTROENTEROLOGY Associates
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
14129020*        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
                                                                                     TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
              GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,    hsmith@gsbblaw.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;hsmith@gsbblaw.com
              GARY F. SEITZ     gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Joint Debtor Ofelia   Cohen hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Debtor Charles Stewart Cohen hsmiller@gsbblaw.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Ofelia   Cohen ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Charles Stewart Cohen ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Charles Stewart Cohen ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Ofelia   Cohen ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as Trustee, ET AL. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 13
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Charles Stewart Cohen** | Social Security number or ITIN **xxx−xx−9640** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Ofelia Cohen** | Social Security number or ITIN **xxx−xx−6873** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **18−12705−amc** | |

# Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charles Stewart Cohen                                         Ofelia Cohen

8/9/18                                                                      **By the court:**   Ashely M. Chan
                                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                              **Order of Discharge**                                              page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**