## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CHARLES STEWART COHEN and | ) | CASE NO. : 18-12705-AMC |
| OFELIA COHEN, | ) | |
| Debtors | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | **HEARING DATE:** |
| | ) | Monday, September 17, 2018 |
| FINANCIAL SERVICES VEHICLE TRUST, | ) | 11:00 a.m. |
| Movant | ) | |
| vs. | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| | ) | Eastern District of Pennsylvania |
| CHARLES STEWART COHEN and | ) | Courtroom No. 4 |
| OFELIA COHEN, | ) | 900 Market Street |
| | ) | Philadelphia, PA 19107 |
| Respondents | ) | |
| and | ) | |
| GARY F. SEITZ, | ) | |
| Trustee | ) | |

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

*Financial Services Vehicle Trust has filed a Motion for Relief with the Court to Lift the Automatic Stay to Permit Financial Services Vehicle Trust to Repossess Debtors' Property described as a 2016 BMW X3 Utility 4D 28i AWD, V.I.N. 5UXWX9C51G0D71522.*

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this case.  (If you do not have an attorney, you may wish to consult an attorney).**

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider you views on the motion, then on or before September 5, 2018, you or your attorney must do all of the following:

> (a) file an answer explaining you position at:

> > United States Bankruptcy Court Clerk
> > Eastern District of Pennsylvania
> > 900 Market Street, Suite 400
> > Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so it will be received on or before the date stated above; and,

(b) mail a copy to the movant's attorney:

*Jason Brett Schwartz, Esquire*
*Mester & Schwartz, P.C.*
*1333 Race Street*
*Philadelphia, PA 19107*
*(267) 909-9036*

*Gary F. Seitz*
*Gellert Scali Busenkell & Brown LLC*
*The Curtis Center*
*601 Walnut Street*
*Suite 750 West*
*Philadelphia, PA 19106*

*Office of the U.S. Trustee*
*833 Chestnut Street, Suite 500*
*Philadelphia, PA 19107*

2.  If you or your attorney do not take the steps described in paragraphs (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on Monday, September 17, 2018 at 11:00 a.m. in Courtroom 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

DATE: August 22, 2018