# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| CHARLES STEWART COHEN and ) | CASE NO. : 18-12705-AMC |
| OFELIA COHEN, ) | |
| Debtors ) | |
| ) | **HEARING DATE:** |
| ) | Monday, September 17, 2018 |
| FINANCIAL SERVICES VEHICLE TRUST, ) | 11:00 a.m. |
| Movant ) | |
| vs. ) | **LOCATION**: |
| ) | U.S. Bankruptcy Court |
| ) | Eastern District of Pennsylvania |
| CHARLES STEWART COHEN and ) | Courtroom No. 4 |
| OFELIA COHEN, ) | 900 Market Street |
| ) | Philadelphia, PA 19107 |
| Respondents ) | |
| and ) | |
| GARY F. SEITZ, ) | |
| Trustee ) | |

## ORDER

AND NOW, this 17th day of September, 2018, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The automatic stay is lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2016 BMW X3 Utility 4D 28i AWD, V.I.N. 5UXWX9C51G0D71522) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Please send copies to:

Charles Stewart Cohen
333 Rosemary Lane
Narberth, PA 19072

Ofelia Cohen
246 Stoneway Lane
Merion Station, PA 19066

Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Gary F. Seitz
Gellert Scali Busenkell & Brown LLC
The Curtis Center
601 Walnut Street
Suite 750 West
Philadelphia, PA 19106

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107