United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Charles Stewart Cohen  
Ofelia Cohen  
    Debtors

Case No. 18-12705-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Sep 17, 2018  
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2018.
```
db             +Charles Stewart Cohen,    333 Rosemary Lane,    Narberth, PA 19072-1119
jdb            +Ofelia Cohen,    246 Stoneway Lane,    Merion Station, PA 19066-1820
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                      Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2018 at the address(es) listed below:
```
              GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,    hsmith@gsbblaw.com
              GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;hsmith@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Debtor Charles Stewart Cohen hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Joint Debtor Ofelia  Cohen hsmiller@gsbblaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Financial Services Vehicle Trust
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MICHAEL A. CATALDO2    on behalf of Debtor Charles Stewart Cohen ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Ofelia  Cohen ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Charles Stewart Cohen ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Ofelia  Cohen ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as Trustee, ET AL. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| CHARLES STEWART COHEN and ) | CASE NO. : 18-12705-AMC |
| OFELIA COHEN, ) | |
|           Debtors ) | |
| _____ ) | **HEARING DATE:** |
| ) | Monday, September 17, 2018 |
| FINANCIAL SERVICES VEHICLE TRUST, ) | 11:00 a.m. |
|           Movant ) | |
| vs. ) | **LOCATION**: |
| ) | U.S. Bankruptcy Court |
| ) | Eastern District of Pennsylvania |
| CHARLES STEWART COHEN and ) | Courtroom No. 4 |
| OFELIA COHEN, ) | 900 Market Street |
| ) | Philadelphia, PA 19107 |
|           Respondents ) | |
| and ) | |
| GARY F. SEITZ, ) | |
|          Trustee ) | |

## ORDER

AND NOW, this 17th day of September, 2018, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The automatic stay is lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2016 BMW X3 Utility 4D 28i AWD, V.I.N. 5UXWX9C51G0D71522) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Please send copies to:

Charles Stewart Cohen
333 Rosemary Lane
Narberth, PA 19072

Ofelia Cohen
246 Stoneway Lane
Merion Station, PA 19066

Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Gary F. Seitz
Gellert Scali Busenkell & Brown LLC
The Curtis Center
601 Walnut Street
Suite 750 West
Philadelphia, PA 19106

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107