**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) |
| | ) **Chapter 7** |
| **CHARLES S. COHEN and** | ) |
| **OFELIA COHEN,** | ) |
| | ) **Case No. 18-12705-amc** |
| **Debtors.** | ) |
| | ) |

## PRAECIPE TO WITHDRAW

TO THE CLERK OF COURT

Kindly withdraw the Objection to The Motion for Relief from Stay, filed on June 19, 2018 at D.I. 35.

Dated:  September 24, 2018

        GELLERT SCALI BUSENKELL & BROWN LLC

By:  */s/ Holly S. Miller*
     Holly S. Miller (PA ID #203979)
     Gary F. Seitz (PA ID #52865)
     The Curtis Center
     601 Walnut Street, Suite 750W
     Philadelphia, PA 19106
     Telephone: 215-238-0012
     Facsimile: 215-238-0016
     gseitz@gsbblaw.com
     hsmiller@gsbblaw.com
     *Counsel to the Chapter 7 Trustee*