# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Charles Stewart Cohen<br>Ofelia Cohen<br>Debtor(s) | CHAPTER 7 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust<br>Movant<br>vs.<br>Charles Stewart Cohen<br>Ofelia Cohen<br>Debtor(s)<br>Gary F. Seitz Esq. | NO. 18-12705 AMC<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this 2nd day of October, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 333 Rosemary Lane, Narberth, PA 19072 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
Ashely M. Chan
United States Bankruptcy Judge

Charles Stewart Cohen
333 Rosemary Lane
Narberth, PA 19072

Ofelia Cohen
246 Stoneway Lane
Merion Station, PA 19066

Michael A. Cibik2,
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Gary F. Seitz Esq.
Gellert Scali Busenkell & Brown LLC
The Curtis Center, 601 Walnut Street, Suite 750 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532