United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Charles Stewart Cohen  
Ofelia Cohen  
    Debtors

Case No. 18-12705-amc  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: Oct 02, 2018 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2018.
        +KML Law Group PC,   Suite 5000-BNY Independence Center,   701 Market St.,    Phila., PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2018 at the address(es) listed below:
        GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com
        GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net
        GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,    gfs@trustesolutions.net
        HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
        HOLLY SMITH MILLER    on behalf of Debtor Charles Stewart Cohen hsmiller@gsbblaw.com
        HOLLY SMITH MILLER    on behalf of Joint Debtor Ofelia  Cohen hsmiller@gsbblaw.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    Financial Services Vehicle Trust jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
        KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
        MICHAEL A. CATALDO2    on behalf of Debtor Charles Stewart Cohen ecf@ccpclaw.com,    igotnotices@ccpclaw.com
        MICHAEL A. CATALDO2    on behalf of Joint Debtor Ofelia  Cohen ecf@ccpclaw.com,    igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Debtor Charles Stewart Cohen ecf@ccpclaw.com,    igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Joint Debtor Ofelia  Cohen ecf@ccpclaw.com,    igotnotices@ccpclaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a     Christiana Trust, not individually but as Trustee, ET AL. bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                           TOTAL: 14

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Charles Stewart Cohen<br>         Ofelia Cohen<br>                    Debtor(s) | CHAPTER 7 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as Trustee for<br>Pretium Mortgage Acquisition Trust<br>                    Movant<br>              vs. | NO. 18-12705 AMC<br><br>11 U.S.C. Section 362 |
| Charles Stewart Cohen<br>Ofelia Cohen<br>                    Debtor(s)<br><br>Gary F. Seitz Esq. | |

## ORDER

AND NOW, this 2nd day of October, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 333 Rosemary Lane, Narberth, PA 19072 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Ashely M. Chan
United States Bankruptcy Judge

Charles Stewart Cohen
333 Rosemary Lane
Narberth, PA 19072

Ofelia Cohen
246 Stoneway Lane
Merion Station, PA 19066

Michael A. Cibik2,
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Gary F. Seitz Esq.
Gellert Scali Busenkell & Brown LLC
The Curtis Center, 601 Walnut Street, Suite 750 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532