United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-12705-amc
Charles Stewart Cohen                                                 Chapter 7
Ofelia Cohen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 1          Date Rcvd: Oct 09, 2018
                             Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
db          +Charles Stewart Cohen,    333 Rosemary Lane,    Narberth, PA 19072-1119
jdb         +Ofelia Cohen,   246 Stoneway Lane,   Merion Station, PA 19066-1820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
          GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com
          GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
          GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com, gfs@trustesolutions.net
          HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
          HOLLY SMITH MILLER    on behalf of Debtor Charles Stewart Cohen hsmiller@gsbblaw.com
          HOLLY SMITH MILLER    on behalf of Joint Debtor Ofelia  Cohen hsmiller@gsbblaw.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Financial Services Vehicle Trust
           jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          MICHAEL A. CATALDO2    on behalf of Debtor Charles Stewart Cohen ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2    on behalf of Joint Debtor Ofelia  Cohen ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Charles Stewart Cohen ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Joint Debtor Ofelia  Cohen ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christana Trust, not individually but as Trustee, ET AL. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 14

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Charles Stewart Cohen<br>      Ofelia Cohen<br>               Debtor(s) | CHAPTER 7 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as Trustee for<br>Pretium Mortgage Acquisition Trust<br>               Movant | NO. 18-12705 AMC |
|     vs. | 11 U.S.C. Section 362 |
| Charles Stewart Cohen<br>Ofelia Cohen<br>               Debtor(s) | |
| Gary F. Seitz Esq. | |

## ORDER

AND NOW, this 2nd day of October, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 333 Rosemary Lane, Narberth, PA 19072 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
Ashely M. Chan
United States Bankruptcy Judge

Charles Stewart Cohen
333 Rosemary Lane
Narberth, PA 19072

Ofelia Cohen
246 Stoneway Lane
Merion Station, PA 19066

Michael  A. Cibik2,
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Gary F. Seitz Esq.
Gellert Scali Busenkell & Brown LLC
The Curtis Center, 601 Walnut Street, Suite 750 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532