# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| CHARLES STEWART COHEN | ) | Case No. 18-12705-AMC |
| OFELIA COHEN | ) | |
| | ) | |
| Debtors | ) | |

## NOTICE OF CHANGE TO NO ASSET CASE

Gary F. Seitz, Esquire, as the chapter 7 trustee (the "Chapter 7 Trustee") to the estate of the above-captioned Debtor (the "Debtor), after due inquiry and investigation, having discovered no unencumbered assets in the estate that would result in any meaningful distribution to creditors, accordingly hereby gives Notice that this is a No-Asset case.

/s/ *Gary F. Seitz*
GARY F. SEITZ, Chapter 7 Trustee
Gellert Scali Busenkell & Brown, LLC
8 Penn Center
1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19103

Dated: December 18, 2018