United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Charles Stewart Cohen  
Ofelia Cohen  
    Debtors

Case No. 18-12705-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Dec 19, 2018  
                        Form ID: 195     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.
```
db             +Charles Stewart Cohen,    333 Rosemary Lane,    Narberth, PA 19072-1119
jdb            +Ofelia Cohen,    246 Stoneway Lane,    Merion Station, PA 19066-1820
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:
```
          GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com
          GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
          GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com, gfs@trustesolutions.net
          HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
          HOLLY SMITH MILLER    on behalf of Debtor Charles Stewart Cohen hsmiller@gsbblaw.com
          HOLLY SMITH MILLER    on behalf of Joint Debtor Ofelia  Cohen hsmiller@gsbblaw.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Financial Services Vehicle Trust
           jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          MICHAEL A. CATALDO2    on behalf of Debtor Charles Stewart Cohen ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2    on behalf of Joint Debtor Ofelia  Cohen ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Charles Stewart Cohen ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Joint Debtor Ofelia  Cohen ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as Trustee, ET AL. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 7

Charles Stewart Cohen and Ofelia Cohen                                 : Case No. 18−12705−amc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , December 19, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

76
Form 195